### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY LENO,<br><br>        Plaintiff,<br><br>vs.<br><br>RIDER UNIVERSITY and CHERYL WHITNEY,<br><br>        Defendants. | Civil Action No.: 3:25-cv-01610-GC-RLS |

### STIPULATION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff Courtney Leno ("Plaintiff") and Defendants Rider University and Cheryl Whitney ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on March 4, 2025, Plaintiff filed her Complaint in this action (ECF No. 1);

WHEREAS, on March 13, 2025, Defendants were served Plaintiff's Complaint (ECF Nos. 4 and 5);

WHEREAS Defendants have requested, and Plaintiff has agreed, upon approval of the Court, to extend the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint to May 15, 2025;

IT IS HEREBY STIPULATED between the Parties, by and through their undersigned attorneys, and subject to the approval of the Court, that Defendants' deadline to respond to Plaintiff's Complaint is May 15, 2025.

Dated: April 14, 2024                            Respectfully submitted,

55407862.1

| | |
|---|---|
| **Fuggi Law Firm** | **Saul Ewing LLP** |
| /s/ Robert Fuggi | /s/ Draft |
| Robert Fuggi, Esq. | James A. Keller, Esq. |
| 1099 Hooper Ave., | 1500 Market Street, 38th Floor |
| Toms River, NJ 08754 | Philadelphia, PA 19102-2186 |
| 732-240-9095 | 215-972-1964 |
| fuggistaff@fuggilaw.com | james.keller@saul.com |
| *Attorney for Plaintiff* | *Attorney for Defendants Rider University and* |
| *Courtney Leno* | *Cheryl Whitney* |

## ORDER

The Foregoing Stipulation To Extend Time To Respond To Complaint is hereby APPROVED.

BY THE COURT

_____
THE HONORABLE GEORGETTE CASTNER

55407862.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served today upon all parties by way of *ECF* electronic filing.

Dated: April 14, 2025

s/ *Draft*
James A. Keller, Esq