IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY LENO, <br><br> Plaintiff, <br><br> vs. <br><br> RIDER UNIVERSITY and CHERYL WHITNEY, <br><br> Defendants. | Civil Action No.: 3:25-cv-01610-GC-RLS |

## STIPULATION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff Courtney Leno ("Plaintiff") and Defendants Rider University and Cheryl Whitney ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on March 4, 2025, Plaintiff filed her Complaint in this action (ECF No. 1);

WHEREAS, on March 13, 2025, Defendants were served Plaintiff's Complaint (ECF Nos. 4 and 5);

WHEREAS Defendants have requested, and Plaintiff has agreed, upon approval of the Court, to extend the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint to May 15, 2025;

IT IS HEREBY STIPULATED between the Parties, by and through their undersigned attorneys, and subject to the approval of the Court, that Defendants' deadline to respond to Plaintiff's Complaint is May 15, 2025.

Dated: April 14, 2024                    Respectfully submitted,

55407862.1

Fuggi Law Firm

*[signature]*

Robert Fuggi, Esq.
1099 Hooper Ave.,
Toms River, NJ 08754
732-240-9095
fuggistaff@fuggilaw.com
*Attorney for Plaintiff*
*Courtney Leno*

Saul Ewing LLP

*[signature]*

James A. Keller, Esq.
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
215-972-1964
james.keller@saul.com
*Attorney for Defendants, Rider University and*
*Cheryl Whitney*

## ORDER

The Foregoing Stipulation To Extend Time To Respond To Complaint is hereby APPROVED.

BY THE COURT

*[signature]*

THE HONORABLE ~~GEORGETTE CASTNER~~
RUKHSANAH L. SINGH, USMJ

55407862.1