IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY LENO, <br><br> Plaintiff, <br><br> vs. <br><br> RIDER UNIVERSITY and CHERYL WHITNEY, <br><br> Defendants. | Civil Action No.: 3:25-cv-01610-GC-RLS |

**THIRD STIPULATION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Courtney Leno ("Plaintiff") and Defendants Rider University and Cheryl Whitney ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on March 4, 2025, Plaintiff filed her Complaint in this action (ECF No. 1);

WHEREAS, on March 13, 2025, Defendants were served Plaintiff's Complaint (ECF Nos. 4 and 5);

WHEREAS on April 14, 2025, the Parties stipulated, subject to the approval of the Court, to extend the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint to May 15, 2025 (ECF No. 7);

WHEREAS on April 15, 2025, the Court approved the Parties' stipulation (ECF No. 8);

WHEREAS on May 9, 2025, the Parties again stipulated, subject to the approval of the Court, to extend the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint to June 16, 2025 (ECF No. 9);

WHEREAS on May 12, the Court approved the Parties' second stipulation (ECF No. 10);

55725304.2

WHEREAS the Parties have continued to pursue settlement negotiations, have reached a settlement agreement in principle, and are finalizing a settlement agreement, and therefore request to extend the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint to July 16, 2025;

IT IS HEREBY STIPULATED between the Parties, by and through their undersigned attorneys, and subject to the approval of the Court, that Defendants' deadline to respond to Plaintiff's Complaint is July 16, 2025.

Dated: June 13, 2025                              Respectfully submitted,

**Fuggi Law Firm**                                **Saul Ewing LLP**

*/s/ Robert Fuggi*                                */s/ James A. Keller*
Robert Fuggi, Esq.                                James A. Keller, Esq.
Fuggi Law                                         Saul Ewing LLP
1099 Hooper Ave.,                                 1500 Market Street, 38th Floor
Toms River, NJ 08754                              Philadelphia, PA 19102-2186
732-240-9095                                      215-972-1964
fuggistaff@fuggilaw.com                           james.keller@saul.com
*Attorney for Plaintiff*                          *Attorney for Defendants Rider University and*
*Courtney Leno*                                   *Cheryl Whitney*

**ORDER**

The Foregoing Stipulation To Extend Time To Respond To Complaint is hereby APPROVED.

BY THE COURT

_____
THE HONORABLE RUKHSANAH L. SINGH, USMJ

55725304.2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served today upon all parties by way of *ECF* electronic filing.

Dated: June 13 , 2025                                      */s/   James A. Keller*
                                                                               James A. Keller, Esq

55725304.2