James A. Keller, Esq.
SAUL EWING LLP
1500 Market Stree, 38th Floor
Philadelphia, PA 19102-2186
215-972-1964

James.keller@saul.com

*Attorneys for Defendants Rider University and Cheryl Whitney*

| | |
|---|---|
| COURTNEY LENO,<br><br>                          Plaintiffs,<br>v.<br><br>RIDER UNIVERSITY and CHERYL WHITNEY,<br><br>                          Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 3:25-cv-01610-GC-RLS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by the undersigned counsel for Plaintiff Courtney Leno ("Plaintiff"), and Defendants Rider University and Cheryl Whitney ("Defendants"), that Plaintiff hereby dismisses any and all claims as against Defendants, with prejudice, and without costs, fees, or damages against Defendants.

FUGGI LAW FIRM
1099 Hooper Avenue
Toms River, NJ 08754
*Attorney for Plaintiff*

SAUL EWING LLP
1500 Market Street, 38th Floor
301 Carnegie Center
Philadelphia, PA 19102-2186
*Attorneys for Defendants Rider University and Cheryl Whitney*

9

By: _____
     Robert Fuggi

Dated: 7/25/2025

By: _____
     James A. Keller

Dated: 8/13/2025

The Clerk of the Court is directed to **CLOSE** this case.

It is so ordered this 14th day of August, 2025

_____
Georgette Castner, U.S.D.J.